[No. 38617-4-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN MATTHEW ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05256-4, John M. Darrah, J., entered April 22, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 38738-3-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL G. HAYES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-08678-7, Janice Niemi, J., entered May 13, 1996. *Dismissed* by unpublished per curiam opinion.


[No. 38778-2-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS ZOURKOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-07765-1, Charles W. Mertel, J., entered May 14, 1996. *Dismissed* by unpublished per curiam opinion.


[No. 38819-3-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. OSHO BERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-8-00701-3, Robert Cole, J. Pro Tem., entered June 4, 1996. *Affirmed* by unpublished per curiam opinion.